IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS/AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2013 NOV -6  PM 2: 10

DEPUTY CLERK

IN THE MATTER OF THE SEARCH OF:

1. One Sanyo/Kyocera Boost Mobile Cellular Telephone,
   Bearing FCC ID Number V65SCP-6780
2. One Samsung Boost Mobile Cellular Telephone
   Bearing FCC ID Number A3LSPHM260
3. One ZTE Boost Mobile Cellular Telephone
   Bearing FCC ID Number ZTEN861
4. One Samsung T-Mobile Cellular Telephone
   Bearing FCC ID Number A3LSGHT139
5. One Apple I Phone 4
   Bearing FCC ID Number BCGE2422A

SEARCH WARRANT

Case Number:  2:13-MJ-88

TO:  Any Agent, Drug Enforcement Administration and any Authorized Officer of the United States

Affidavit having been made before me by Drug Enforcement Administration Task Force Officer Brett Harbert, who has reason to believe that in the above-described cellular telephones, in the Amarillo Division of the Northern District of Texas, there is now concealed a certain property namely: electronically stored data, including but not limited to: names, telephone numbers, photographs, voice mails, and text messages constituting evidence of and used in the furtherance of the criminal activity of controlled substances trafficking, in violation of 21 U.S.C. §§ 841 and 846.

See attached Affidavit.

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the property so described is now concealed in the above described cellular telephone and establishes grounds for the issuance of this warrant.

YOU ARE COMMANDED to search on or before _November 8, 2013_

(not to exceed 10 days) the cellular telephones named above for the property specified, and if the property be found there to seize same, and serve a copy of this warrant and receipt for the property taken, on the person from whom the cellular telephones were seized, and prepare a written inventory of the property seized and promptly return this warrant to Clinton E. Averitte, U.S. Magistrate Judge as required by law.

_October 30, 2013 @ 2:05pm_ at _Amarillo, Texas_
Date and Time Issued

Clinton E. Averitte, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

# RETURN

Date Warrant Received
10-30-2013

Date & Time Warrant Executed
10-30, 31 - 2013

Copy of Warrant & Receipt for Property Seized Served On:
11-6-13

Inventory Made in the Presence of
S/A Shane Reese

Inventory of Property Taken Pursuant to the Warrant
see attached

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property taken by me pursuant to the warrant.

*[signature]*

Brett Harbert, Task Force Officer
U.S. Drug Enforcement Administration

Subscribed, sworn to, and returned before me this 6th day of November 2013.

*[signature]*

Clinton E. Averitte
U.S. Magistrate Judge

1-Black Sanyo\Kyocera Boost Mobile
Model SCP-6780
FCC ID V65SCP-6780
Phone # 504-609-4350
**No new data retrieved**

1-Black Samsung Boost Mobile
Model SPH-M260
FCC ID A3LSPHM260
Phone # 504-609-4358
**No new data retrieved**

1-Black ZTE Boost Mobile
Model ZTE N861
FCC ID ZTEN861
Phone # 504-609-4350
**No new data retrieved**

1-Black Samsung T-mobile
Model SGH-T139
FCC ID A3LSGHT139
Phone # 504-609-4350
**No new data retrieved**

1-Black I-phone 4 Verizon Wireless
Model A1349
FCC ID BCGE2422A
Unknown phone #
**Cell phone data to include, contacts, text messages, call history, and photos retrieved.**